# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| NEFTALI PADUANI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:24-CV-00148-ART-CLB<br><br>**ORDER DENYING MOTION FOR NEW SETTLEMENT CONFERENCE**<br><br>[ECF No. 14] |

　　　Before the Court is Plaintiff Neftali Paduani's ("Plaintiff") motion for new settlement conference. (ECF No. 14.) Plaintiff's motion states that the parties agreed to a settlement, but more than 45 days have passed and the terms of the settlement—payment of money—have not been followed. (*Id.*) Interested Party, Nevada Department of Corrections ("NDOC") filed an opposition to the motion, stating that due to an honest mistake by a new employee, the deposit was delayed, but that has now been remedied and after the distribution of funds is verified, NDOC will file a stipulation and proposed order of dismissal. (ECF No. 15.) Thus, it appears that the terms of the settlement have been completed and there is no need for a new settlement conference.

　　　Accordingly, **IT IS ORDERED** that Plaintiff's motion for new settlement conference, (ECF No. 14), is **DENIED**.

　　　Further, **IT IS ORDERED** that the parties shall file a stipulation and proposed order of dismissal or status report regarding settlement by no later than **January 10, 2025**.

　　　IT IS SO ORDERED.

　　　DATED: December 30, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE