# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEFTALI PADUANI,<br><br>    Plaintiff,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Defendants. | Case No. 3:24-cv-00148-ART-CLB<br><br>**ORDER GRANTING**<br>**STIPULATION TO DISMISS**<br>**WITH PREJUDICE** |

Int Plaintiff, Neftali Paduani and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mark Hackman, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 22rd day of October, 2024.

By: /s/ Neftali Paduani
NEFTALI PADUANI
*Plaintiff*

DATED this 22nd day of October, 2024

AARON D. FORD
Attorney General

By: /s/ MH
MARK HACKMAN, Bar No. 16704
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

/s/ Anne Traum
Anne R. Traum, U.S. District Judge

DATED: January 13, 2025

Page 1